THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| 1119 PACIFIC AVENUE LLC,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYERS INSURANCE COMPANY OF WAUSAU, TRAVELERS INDEMNITY COMPANY OF ILLINOIS and LEXINGTON INSURANCE COMPANY,<br><br>Defendants. | No.: C05-5255FDB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

The parties to this action, by and through their respective counsel of record, hereby stipulate that this matter shall be dismissed with prejudice and without fees or costs to either party.

BULLIVANT HOUSER BAILEY, P.C.          GORDON THOMAS HONEYWELL
                                       MALANCA PETERSON & DAHEIM LLP


By _____            By _____
   Scott M. Stickney, WSBA No. 14540      Bradley A. Maxa, WSBA No. 15198
   Maria E. Sotirhos, WSBA No. 21726      Attorneys for Plaintiff
Attorneys for Defendants

**ORDER**

Pursuant to the foregoing Stipulation of the parties, it is hereby

ORDERED that this case is dismissed with prejudice and without fees or costs to either party.

DATED <u>30th</u> day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY, P.C.


By_____
   Scott M. Stickney, WSBA No. 14540
   Maria E. Sotirhos, WSBA No. 21726
Attorneys for Defendant

Approved as to form:

GORDON THOMAS HONEYWELL MALANCA PETERSON & DAHEIM LLP


By_____
   Bradley A. Maxa, WSBA No. 15198
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
No.: C05-5255FDB

Page 2

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930